## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**HEIDI MCFARLAND**

**VERSUS**

**NATIONAL INTERSTATE INSURANCE COMPANY, ET AL.**

**CIVIL ACTION NO.**

**21-314-JWD-EWD**

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 15, 2021 (Doc. 13), to which no objection was filed;

**IT IS ORDERED** that this matter is REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction *sua sponte*.

Signed in Baton Rouge, Louisiana, on November 30, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**